THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Kerry M. Griggs, SBN 016519
kgriggs@cavanaghlaw.com
Kelton G. Busby, SBN 022834
Kbusby@cavanaghlaw.com
Attorneys for Defendant Tiffin Motorhomes
And La Mesa RV Center, Inc., (Yuma)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Snyder,<br><br>              Plaintiff,<br><br>v.<br><br>Tiffin Motorhomes And La Mesa RV Center, Inc., (Yuma),<br><br>              Defendants. | NO. 2015-CV-00205-TUC-RCC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate that this matter be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 5th day of November, 2015.

THE CAVANAGH LAW FIRM, P.A.


By: s/ Kelton G. Busby
    Kerry M. Griggs
    Kelton G. Busby
    Attorneys for Defendant Tiffin Motorhomes
    And La Mesa RV Center, Inc., (Yuma)

7750261_1

PRYOR, RAMIREZ & AMAR, LLC


By: <u>s/Shalev Amar (with permission)</u>
    Shalev Amar
    Luis R. Ramirez
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Shalev Amar
Luis R. Ramirez
Pryor, Ramirez & Amar, LLC
40 West Baseline, Suite 203
Tempe, Arizona 85283
Attorneys for Plaintiffs


<u>s/ Janet Cliffton</u>

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000