# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George Snyder,<br><br>             Plaintiff,<br><br>v.<br><br>Tiffin Motorhomes Incorporated, et al.,<br><br>             Defendants. | No. CV-15-00205-TUC-RCC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon stipulation of the parties, and good cause appearing therefore:

**IT IS HEREBY ORDERED** dismissing the above-entitled action with prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** the Clerk of the Court shall close its file in this matter.

Dated this 5th day of November, 2015.

_____
Raner C. Collins
Chief United States District Judge